DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

27 AUGUST 2013

| 141P13 | Mary L. Stepp v. Awakening Heart, PA, Nancy L. Tarlow, Isle of Sky Chiropractic, PLLC and Jennifer J. Harris | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA12-581)<br><br>2. Defs' (Awakening Heart, PA and Nancy L. Tarlow) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as Moot |
|---|---|---|---|
| 144P13 | In the Matter of: A.P.W. A.K.W., N.R.W. | Petitioner (Guilford County DSS) and *Guardian ad Litem's* PDR Under N.C.G.S. § 7A-31 (COA12-807) | Denied |
| 146P13 | Richmond County Board of Education v. Janet Cowell, N.C. State Treasurer, in her official capacity only,<br><br>David T. McCoy, N.C. State Controller, in his official capacity only,<br><br>Andy Willis, N.C. State Budget Director, in his official capacity only,<br><br>Reuben F. Young, Secretary of the N.C. Department of Public Safety, in his official capacity only, and<br><br>Roy Cooper, Attorney General of the State of N.C., in his official capacity only | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1022) | Denied |
| 147P13 | Perry R. Warren v. N.C. Office of Administrative Hearings and Donald Overby | Def's *Pro Se* Motion for Petition for Extraordinary *Writ* of Actual Innocence | Dismissed |